PHILIP GOERLITZ, Appellant, *v.* CHARLES MALAWISTA et al., Respondents.

(Argued December 18, 1891; decided January 20, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made March 14, 1890, directing judgment in favor of defendants upon a case submitted under section 1279 of the Code of Civil Procedure.

*E. Ellery Anderson* for appellant.

*A. Stern* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. _____